SACKET *et al. vs.* HILL *et al.*

An injunction will not be dissolved on affidavits, except in cases of waste and of partnership.

Case reserved from Washtenaw Circuit Court in Equity. A motion was made to dissolve an injunction on affidavits, instead of on answer. The motion was opposed on the ground that the injunction could not be dissolved on affidavits; and by request of counsel, the question raised by the objection was reserved for the opinion of this Court.

*O. Hawkins,* for complainant.

*Ramsdell & Moore,* for defendants.

By the Court, PRATT, J.

It is a well settled general rule, in equity practice, that a motion for a dissolution of an injunction, must be founded on an answer to the bill; and that affidavits cannot be substituted for an answer. (1 *Hoff. Ch. Pr.,* 360–'1, *and the cases there noted;* 3 *Bland.,* 442; 2 *Haywood R.,* 151; 4 *Bridgman's Digest,* 11; *Eden on Injunctions,* 116; and also *Mr. Daniell's Eng. Ch. Practice.*)

This is the only general rule on the subject, that can be safely adopted in practice. "If affidavits," says Mr. Hoffman, "were allowed to be substituted for an answer, the complainant would be deprived of all benefit of exceptions." The reason as well as the utility of allowing exceptions to be taken to matters set up in defense, to the case made by the bill, and upon which motions for dissolutions of injunctions are ordinarily predicated, must be obvious to every practitioner in equity. From this general rule, two classes of cases are excepted; cases of waste or irreparable mischief, and cases of partnership; this case not falling within either of these two excepted classes, it is the opinion of this Court that the objection was well taken, and that the motion should be denied.

Case to be certified accordingly.